UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG RICHARD, CDCR #J-36916, <br><br> Plaintiff, <br><br> vs. <br><br> C/O GALBRAITH; C/O SORENSEN; C/O KAHN; C/O NORIEGA, <br><br> Defendants. | Case No.: 3:19-CV-1110-LAB-WVG <br><br> **ORDER:** <br><br> **1) DENYING MOTION TO PROCEED WITH CASE BY SERVING SUMMONS; AND** <br><br> **2) SUA SPONTE GRANTING EXTENSION OF TIME TO COMPY WITH JULY 8, 2019 ORDER** |

On June 13, 2019, Craig Richard ("Plaintiff"), currently incarcerated at the California Health Care Facility ("CHCF") located in Stockton, California, and proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1993 (ECF No. 1). While Plaintiff was housed at CHCF at the time he filed this action, the named Defendants are prison officials at the Richard J. Donovan Correctional Facility ("RJD"). (*See* Compl. at 1-2.) In addition, he filed a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) (ECF No. 3).

On July 8, 2019, the Court DENIED Plaintiff's Motion to Proceed IFP and DISMISSED his Complaint for failing to state a claim pursuant to 28 U.S.C. § 1915A. (ECF No. 4.) Plaintiff was granted thirty (30) days leave to pay the entire initial civil filing fee, along with filing an amended complaint. (*Id.*)

On July 29, 2019, Plaintiff filed a "Motion Requesting to Proceed with Case by Serving Summons Upon Defendants." (ECF No. 7.) In this Motion, Plaintiff claims that he has a "very cognizable case/claim." (*Id.* at 1.) However, the Court has already found that Plaintiff's Complaint has deficiencies and failed to state a claim upon which relief may be granted. (*See* ECF No. 4.) At this stage of the proceeding, Plaintiff has not filed a pleading with claims that survive the required *sua sponte* screening process. In addition, the Court has found that Plaintiff is not entitled to proceed IFP and therefore, is not entitled to U.S. Marshal service. Accordingly, Plaintiff's Motion is DENIED.

## II. Conclusion and Order

For the reasons set forth above, the Court:

1) **DENIES** Plaintiff's "Motion Requesting to Proceed with Case by serving summons upon Defendants." (ECF No. 7.)

2) **GRANTS** Plaintiff an additional thirty (30) days leave from the date this Order is "Filed" in which to pay the $400 initial civil filing fee *and* file a First Amended Complaint which cures all the deficiencies of pleading noted above. Plaintiff's Amended Complaint must be complete in itself without reference to the superseded pleading. *See* S.D. Cal. Civ. L. R. 15.1. Defendants not named and all claims not re-alleged in the Amended Complaint will be deemed to have been waived. *See King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987). Further, if Plaintiff's Amended Complaint fails to state a claim upon which relief may be granted, it may be dismissed without further leave to amend and may hereafter be counted as a "strike" under 28 U.S.C. § 1915(g). *See McHenry v. Renne*, 84 F.3d 1172, 1177-79 (9th Cir. 1996).

///
///

3) **DIRECTS** the Clerk of Court to mail Plaintiff a court approved civil rights complaint form for his use in amending.

**IT IS SO ORDERED**.

Dated: August 8, 2019

*Larry A. Burns*
**HON. LARRY ALAN BURNS**
Chief United States District Judge