IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CRAIG RICHARD,**<br><br>Plaintiff,<br><br>v.<br><br>**C/O GALBRAITH, et al.,**<br><br>Defendants. | Case No. 3:19-cv-1110-LAB-AHG<br><br>**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |

The parties' Joint Motion to Dismiss the Entire Action with Prejudice, Dkt. No. 51, is **GRANTED**. All claims against all parties to this action are dismissed with prejudice.

Dated: June 29, 2020

Hon. Larry Allan Burns
Chief United States District Court Judge